FILED
MAY 21 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN M. HENIGAN, ) <br> ) <br> Defendant. ) <br> ) | Criminal No.  19-10021 <br><br> VIO: Title 21, United States <br> Code, Sections 841(a)(1), <br> and 841(b)(1)(C) |

## INDICTMENT

The Grand Jury charges:

### Count One
### (Distribution of Heroin)

On or about October 5, 2017, in Tazewell County, in the Central District of Illinois, the defendant,

JOHN M. HENIGAN,

did knowingly and intentionally distribute heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count Two
### (Distribution of Heroin)

On or about October 12, 2017, in Peoria County, in the Central District of Illinois, the defendant,

JOHN M. HENIGAN,

did knowingly and intentionally distribute heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count Three
### (Distribution of Heroin)

On or about October 19, 2017, in Tazewell County, in the Central District of Illinois, the defendant,

JOHN M. HENIGAN,

did knowingly and intentionally distribute heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A True Bill,

s/Foreperson

Foreperson

s/Katherine Legge

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
KGL